FILED by_____ JA _____ D.C.

Feb 9, 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

# 21-80020-CR-MIDDLEBROOKS/BRANNON

Case No. _____

21 USC § 841(a)(1)
18 USC § 2

UNITED STATES OF AMERICA,

vs.

JADA BRODY,

Defendant.
_____/

## INDICTMENT

**THE GRAND JURY CHARGES THAT:**

Between on or about September 9, 2019, and on or about October 30, 2019, in Palm Beach County, in the Southern District of Florida, the defendant,

**JADA BRODY,**

did knowingly and intentionally possess with the intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(A)(vi), it is further alleged that this violation involved four-hundred (400) grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-piperidinyl] propanamide, commonly known as Fentanyl.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged

that this violation involved a mixture and substance containing a detectable amount of Heroin.

**A TRUE BILL:**

FOREPERSON

_____

_____ for
ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

_____ for
JOHN C. McMILLAN
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

JADA BRODY,

_____Defendant._____/

CASE NO._____

## CERTIFICATE OF TRIAL ATTORNEY*

Superseding Case Information:

**Court Division:** (Select One)
___ Miami      ___ Key West
___ FTL    ✓   ___ WPB    ___ FTP

| | | |
|---|---|---|
| New defendant(s) | Yes ____ | No ____ |
| Number of new defendants | ____ | |
| Total number of counts | ____ | |

1.  I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2.  I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3.  Interpreter:      (Yes or No)      No
    List language and/or dialect      _____

4.  This case will take _3-4_ days for the parties to try.

5.  Please check appropriate category and type of offense listed below:

(Check only one)

|     |              |      | |              |      |
|-----|--------------|------|-|--------------|------|
| I   | 0 to 5 days  | ✓    | | Petty        |      |
| II  | 6 to 10 days |      | | Minor        |      |
| III | 11 to 20 days|      | | Misdem.      |      |
| IV  | 21 to 60 days|      | | Felony       | ✓    |
| V   | 61 days and over |  | |              |      |

6.  Has this case previously been filed in this District Court?      (Yes or No)      No____
    If yes: Judge _____      Case No. _____
    (Attach copy of dispositive order)
    Has a complaint been filed in this matter?      (Yes or No)   Yes ___
    If yes: Magistrate Case No.      21-mj-08030-BER_____
    Related miscellaneous numbers:      _____
    Defendant(s) in federal custody as of      02/01/2021_____
    Defendant(s) in state custody as of      _____
    Rule 20 from the District of      _____

    Is this a potential death penalty case? (Yes or No)      No__

7.  Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)?      Yes ____      No ✓

8.  Does this case originate from a matter pending in the Northern Region U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?      Yes ____      No ✓

JOHN C. MCMILLAN
ASSISTANT U.S. ATTORNEY
Florida Bar No. A5500228

*Penalty Sheet(s) attached

REV 8/13/2018

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

Defendant's Name:   __JADA BRODY__

Case No.: _____

## Count # 1

Possession with the Intent to Distribute a Controlled Substance, to wit, 400 grams of more of a mixture and substance containing a detectable amount of N-phenyl-N- [ 1- ( 2-phenylethyl ) -4-piperidinyl ] propanamide, commonly known as Fentanyl.

Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A)(vi)

**Max. Penalty**:   10 year mandatory minimum, to maximum life imprisonment; $10,000,000 fine; minimum 5 year to life term of supervised release: and, a $100.00 special assessment.

Possession with the Intent to Distribute a Controlled Substance, to wit, Heroin.

Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(C)

**Max. Penalty**:   0-20 year term of imprisonment; $1,000,000 fine; minimum 3 year to life term of supervised release: and, a $100.00 special assessment.

*Refers only to possible term of incarceration, supervised release and fine.   It does not include possible restitution, special assessments, parole terms, or forfeitures that may be applicable.