UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**Case No. 21-80020-Cr-MIDDLEBROOKS/MATTHEWMAN(s)**
21 USC § 841(a)(1)
18 USC § 1014
18 USC § 2

UNITED STATES OF AMERICA,

vs.

JADA BRODY,

Defendant.
_____/

FILED BY ___TM___ D.C.

Oct 28, 2021

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - West Palm Beach

## SUPERSEDING INFORMATION

**THE UNITED STATES ATTORNEY CHARGES THAT:**

### COUNT 1

Between on or about September 9, 2019, and on or about October 30, 2019, in Palm Beach County, in the Southern District of Florida, the defendant,

**JADA BRODY,**

did knowingly and intentionally possess with the intent to distribute a controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), and Title 18, United States Code, Section 2.

Pursuant to Title 21, United States Code, Section 841(b)(1)(A)(vi), it is further alleged that this violation involved four-hundred (400) grams or more of a mixture and substance containing a detectable amount of N-phenyl-N-[1-(2-phenylethyl)-4-

piperidinyl] propanamide, commonly known as Fentanyl.

Pursuant to Title 21, United States Code, Section 841(b)(1)(C), it is further alleged that this violation involved a mixture and substance containing a detectable amount of Heroin.

## COUNT 2

On or about May 27, 2021, in Palm Beach County, in the Southern District of Florida, and elsewhere, the defendant

**JADA BRODY,**

did knowingly made a false statement for the purpose of influencing the action of the Small Business Administration, in connection with a Paycheck Protection Program loan application in the amount of $20,832 on behalf of JB Athletics, in that the defendant answered "no" in response to the question, "Is the Applicant (if an individual) or any individual owning 20% or more of the equity of the Applicant . . . presently subject to an indictment, criminal information, arraignment, or other means by which formal criminal charges are bought in any jurisdiction" for any felony, whereas, in truth and in fact, and as the defendant then and there well knew, the defendant had been charged by Indictment on February 9, 2021, in Southern District of Florida Case No. 21-80020-Cr-

MIDDLEBROOKS for the felony re-alleged in Count 1 above, and arraigned on that Indictment and charge on February 17, 2021.

All in violation of Title 18, United States Code, Sections 1014 and 2.

_____
JUAN ANTONIO GONZALEZ
UNITED STATES ATTORNEY

_____
JOHN C. McMILLAN
ASSISTANT UNITED STATES ATTORNEY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

JADA BRODY,

Defendant/

CASE NO. 21-80020-Cr-MIDDLEBROOKS(s)

**CERTIFICATE OF TRIAL ATTORNEY\***

Superseding Case Information:

Court Division: (Select One)
- [ ] Miami
- [ ] Key West
- [ ] FTL
- [✓] WPB
- [ ] FTP

New defendant(s) [ ] Yes [✓] No
Number of new defendants _____
Total number of counts  2

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter: (Yes or No) **No**

   List language and/or dialect _____

4. This case will take  5-7  days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)
   - I   0 to 5 days      [ ]
   - II  6 to 10 days     [✓]
   - III 11 to 20 days    [ ]
   - IV  21 to 60 days    [ ]
   - V   61 days and over [ ]

   (Check only one)
   - Petty       [ ]
   - Minor       [ ]
   - Misdemeanor [ ]
   - Felony      [✓]

6. Has this case previously been filed in this District Court? (Yes or No) **No**

   If yes: Judge _____ Case No. _____

   (Attach copy of dispositive order)

   Has a complaint been filed in this matter? (Yes or No) **Yes**

   If yes: Magistrate Case No. 21-mj-08030-BER

   Related miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____

   Is this a potential death penalty case? (Yes or No) **No**

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)? (Yes or No) **No**

8. Does this case originate from a matter pending in the Northern Region of the U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard? (Yes or No) **No**

9. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to October 3, 2019 (Mag. Judge Jared Strauss)? (Yes or No) **No**

_____
John McMillan
Assistant United States Attorney
Court ID No.  8055228

\*Penalty Sheet(s) attached

REV 3/19/21

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
PENALTY SHEET

Defendant's Name:      JADA BRODY

Case No.:      21-80020-Cr-MIDDLEBROOKS(s)

### Count # 1

Possession with the Intent to Distribute a Controlled Substance, to wit, 400 grams of more of a mixture and substance containing a detectable amount of N-phenyl-N-[ 1-( 2-phenylethyl )-4-piperidinyl ] propanamide, commonly known as Fentanyl

Title 21, United States Code, Sections 841(a)(1), 841(b)(1)(A)

**Max. Penalty**: 10 year mandatory minimum, to maximum life imprisonment; $10,000,000 fine; minimum 5 year to life term of supervised release: and, a $100.00 special assessment

### Count # 2

False Statements to the Small Business Administration
Title 18, United States Code, Section 1014

**Max. Penalty**: 30 years' imprisonment; $1,000,000 fine; 5 year term of supervised release: and, a $100.00 special assessment

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

CASE NUMBER: 21-80020-Cr-MIDDLEBROOKS/MATTHEWMAN(s)

## BOND RECOMMENDATION

DEFENDANT: JADA BRODY

Bond As Previously Set By Court
(Personal Surety) (Corporate Surety) (Cash) (Pre-Trial Detention)

By: _____
AUSA: John C. McMillan

Last Known Address: _____

_____

_____

What Facility: _____

_____

Agent(s): ATF Special Agent Mark Finnamore
(FBI) (SECRET SERVICE) (DEA) (IRS) (ICE) (**OTHER**)

AO 455 (Rev. 01/09) Waiver of an Indictment

# UNITED STATES DISTRICT COURT
for the
Southern District of Florida

| United States of America | ) | |
| v. | ) | Case No.21-80020-Cr-MIDDLEBROOKS/MATTHEWMAN(s) |
| JADA BRODY, | ) | |
| | ) | |
| *Defendant* | ) | |

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: _____

_____
*Defendant's signature*

_____
*Signature of defendant's attorney*

_____
*Printed name of defendant's attorney*

_____
*Judge's signature*

U.S. Magistrate Judge
*Judge's printed name and title*